UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARROD MOTEN, | Case No.: 1:26-cv-03038-KES-EGC (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS, AND DIRECTING PLAINTIFF TO PAY THE FILING FEE WITHIN 21 DAYS |
| v. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | |
| Defendants. | Docs. 2, 9 |

Plaintiff Sharrod Moten seeks leave to proceed in forma pauperis with this civil rights action. The magistrate judge reviewed Moten's litigation history and found he has incurred more than three dismissals that qualify as strikes under 28 U.S.C. § 1915. Doc. 9 at 2-3. The magistrate judge also found the allegations in the complaint do not satisfy the imminent danger exception. *Id.* at 3-8. The magistrate judge recommended the Court deny the application to proceed in forma pauperis and direct Moten to pay the filing fee. *Id.* at 8.

On May 6, 2026, the Court served the findings and recommendations and notified Moten that any objections were to be filed within 14 days of service. Doc. 9 at 8. The Court also advised Moten that "failure to file any objections within the specified time may result in the waiver of certain rights on appeal." *Id.* at 9 (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014)). Moten did not file objections and the time to do so has passed.

In accordance with 28 U.S.C. § 636(b)(1), the Court conducted a de novo review of this case. Having carefully reviewed the entire matter, the Court finds the findings and recommendations to be supported by the record and proper analysis.  The Court ORDERS:

1. The findings and recommendations issued May 6, 2026 (Doc. 9) are ADOPTED in full.

2. Plaintiff's application to proceed *in forma pauperis* (Doc. 2) is DENIED.

3. Plaintiff SHALL pay the full $405 filing fee for this action **within 21 days** of the date of service of this order.

Failure to pay the filing fee as ordered will result in the dismissal of this action without prejudice.

**IT IS SO ORDERED.**

**DATE:** May 29, 2026

UNITED STATES DISTRICT JUDGE

2